UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUIANE WILLIAMS,

               Petitioner,

        -against-

WARDEN,

               Respondent.

20-CV-4133 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    On May 28, 2020, the Court received Quiane Williams's motion under 18 U.S.C. § 3584(c)(1)(A). The Clerk of Court docketed the motion as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, and assigned it a new civil action number. The Court has reviewed Williams's submission and concludes that it is best characterized as a motion brought under 18 U.S.C. § 3582(c)(1)(A) in his criminal action, *United States v. Williams*, No. 12-CR-0111-1 (CS).

    The Clerk of Court is therefore directed to: (1) docket the motion as a "motion under 18 U.S.C. § 3582(c)(1)(A)" in Williams's criminal action, No. 12-CR-0111-1; and (2) administratively close this action, No. 20-CV-4133. All further documents are to be filed in the criminal action, No. 12-CR-0111-1.

    The Clerk of Court is further directed to mail a copy of this order to Williams and note service on the docket.

SO ORDERED.

Dated:  June 4, 2020
           New York, New York

                                             COLLEEN McMAHON
                                       Chief United States District Judge